ELMIRA SAVINGS AND LOAN ASSOCIATION, Respondent, *v.* GEORGE H. SPRING, Appellant.

Submitted October 13, 1941; decided November 19, 1941.

*Gaylord Riggs* for appellant.

*Harry Moseson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.